# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3179
LT Case No. 2023-CF-427

_____

CHRISTOPHER HENDERSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Matthew J. Metz, Public Defender and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Daren L. Shippy,
Assistant Attorney General, Tallahassee, for Appellee.

April 17, 2025

PER CURIAM.

    We affirm as to both issues raised by Appellant, Christopher Henderson. We note his reliance upon *D.L.J. v. State*, 331 So. 3d 227, 228 (Fla. 2d DCA 2021); however, as acknowledged by Appellant, our Court has stated that it disagreed with and declined to follow that case. *See O'Malley v. State*, 378 So. 3d 672, 674 (Fla. 5th DCA 2024); *see also Parks v. State*, 371 So. 3d 392, 394 (Fla. 1st DCA 2023).

    AFFIRMED.

EDWARDS, CJ., and MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____